# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

SHANE FRENCH

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation for Supervised Release**)

Case Number:  11-cr-00402-DW-01

USM Number:  37885-013

Steve Wells, Appointed and
Edward R. Harris, AFPD
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 02/29/12 |
| 2 | Failure to Participate in and Successfully Compete the Short Term, Inpatient, Residential Program for Substance Abuse and/or Mental Health Treatment at Arapahoe House, Thornton, Colorado | 03/02/12 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 21, 2012
Date of Imposition of Judgment

s/David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

05/24/12
Date

DEFENDANT:  SHANE FRENCH
CASE NUMBER:  11-cr-00402-DW-01                                    Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one hundred and forty-five (145) days.

The court recommends that the Bureau of Prisons designate the defendant to a facility so he can participate in the Non-Residential Drug Abuse Program (NRDAP) and receive mental health treatment.  The Court also recommends the defendant receive **no credit for time served**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal